IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BRADLEY STOUT, | : | |
| Plaintiff, | : | Case No. 3:04cv00400 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| PREMIER HEALTH, et al., | : | |
| Defendants. | : | |

# ORDER

The Court has reviewed *de novo* the Report and Recommendations (Doc. #8) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, the Court **ORDERS** that:

1. The Report and Recommendations filed on September 7, 2005 (Doc. #8) is ADOPTED in full;

2. Plaintiff Bradley Stout's Compliant is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b); and

3. The case is terminated on the docket of this Court.

September 23, 2005                              **s/Thomas M. Rose**

                                                                Thomas M. Rose
                                                                United States District Judge